# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (In Greenbelt)

| | | |
|---|---|---|
| IN RE: | * | |
| SHALAMAR MUHAMMAD | * | Case No. 10-22626-TJC |
| | * | |
| Debtor | * | Chapter 7 |
| | * | |
| | * | |

## MOTION TO EXTEND TIME FOR FILING
## SUMMARY OF SCHEDULES, SCHEDULES,
## STATEMENTS OF FINANCIAL AFFAIRS,
## <u>AND STATEMENT OF INTENT</u>

Shalamar Muhammad, (the "Debtor"), by and through undersigned counsel, files this Motion to Extend Time for Filing Summary of Schedules, Schedules, Statement of Financial Affairs, and Statement of Intent and, states in support of the following:

1. Debtor filed her voluntary Chapter 7 petition with this honorable court 14 days prior to the date hereof on June 4, 2010.

2. Such voluntary petition was filed on an emergency basis, and was accompanied with a list of Debtor's creditors.

3. In order to prepare the Summary of Schedules, Schedules, Statement of Financial Affairs, and Statement of Intent required by Rule 1007 and Rule 3015, it is necessary to gather information from various documents and to complete the examination of the Debtor's records and accounts.

4. The gathering of information and the examination of the Debtor's records and accounts

has been commenced, but cannot be concluded for approximately one week, and several additional days will be required to prepare the Summary of Schedules, Schedules, Statement of Financial Affairs, and Statement of Intent.

**WHEREFORE**, Debtor prays that the time for filing Schedules, Statement of Financial Affairs, Summary of Schedules, and Statement of Intent be extended for 15 days, and that they have such other and further relief as is just.

Respectfully submitted,

  __/s/ **James M. Greenan**_____
James M. Greenan
McNamee Hosea Jernigan Kim
Greenan & Lynch, P.A.
6411 Ivy Lane, Ste. 200
Greenbelt, MD  20770
(301) 441-2420
ATTORNEYS FOR THE DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (In Greenbelt)

| | | |
|---|---|---|
| IN RE: | * | |
| SHALAMAR MUHAMMAD | * | Case No. 10-22626-TJC |
| | * | |
| Debtor | * | Chapter 7 |
| | * | |
| | * | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the __**18**$^{th}$__ day of __**June**__, 2010, a copy of the foregoing Motion to Extend Time for Filing Summary of Schedules, Schedules, Statement of Financial Affairs, and Statement of Intent was served electronically to those persons and entities entitled to receive Notice of Electronic Filing.

    Cheryl E. Rose
    12154 Darnestown Road
    #623
    Gaithersburg, MD 20878
    Chapter 7 Trustee


    Office of the U.S. Trustee
    6305 Ivy Lane
    Suite 600
    Greenbelt, MD 20770


                                          __/s/ James M. Greenan__
                                                James M. Greenan